# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 12, 2021

Lyle W. Cayce
Clerk

No. 20-10780

Pete Garcia,

*Plaintiff—Appellant*,

*versus*

City of Amarillo, Texas,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:18-CV-95

Before Davis, Southwick, and Costa, *Circuit Judges*.

Per Curiam:*

Firefighter Pete Garcia brought this action against the City of Amarillo, alleging disability discrimination and retaliation in connection with his termination. The district court granted summary judgment in favor of the City on all claims. *See Garcia v. City of Amarillo*, 2020 WL 4208060 (N.D. Tex. July 22, 2020). After carefully considering the briefs, record, and oral

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 20-10780

arguments presented by the parties, we AFFIRM for essentially the reasons given by the district court in its thorough opinion.